# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-mj-07136 |
| SVETLANA GOLD | James Dostal |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.
**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 7/3/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 4, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

October 5, 2006
Date

Page Two
06-mj-07136
Svetlana Gold

## PROBATION

The defendant is hereby placed on probation for a term of six months unsupervised probation.

As a condition of defendant's unsupervised probation, defendant shall successfully complete Level II alc/drug education, shall pay the expense of same and shall provide proof of completion to the government.

Defendant shall perform 62 hours of community service. Two hours of this service shall be with the MADD organization.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $500.00 | |
| **TOTALS** | $25.00 | $500.00 | $0.00 |

Defendant shall pay fine and costs as follows:  Payments shall be made in the amount of $250.00 commencing on October 20, 2006, and on the 20th of each month thereafter until paid in full.